IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:17-CR-047-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| ANTONIO TERRELL BROWN, | ) | **ORDER** |
| Defendant, | ) | |
| and | ) | |
| NYCH GROUP LLC, | ) | |
| Garnishee. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 38) filed March 19, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 38) is **GRANTED**.

**SO ORDERED**.

Signed: March 19, 2024

David C. Keesler
United States Magistrate Judge